

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-11-00488-CV**

IN RE BOBBY JOE ROBERTS                                RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered Relator's petition for writ of mandamus. Relator sought a writ of mandamus to compel the trial court to rule on his motion to modify order to withdraw funds. Because the trial court has ruled on Relator's motion, this court is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus is denied as moot.

PER CURIAM

PANEL: WALKER, J.; LIVINGSTON, C.J.; and MCCOY, J.

DELIVERED: November 30, 2011

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).